UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TIMOTHY DOYLE YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-11517-LTS |
| | ) | |
| JEFF SESSIONS, et al., | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ORDER

July 20, 2018

SOROKIN, D.J.

Pro se litigant Timothy Doyle Young, who is currently confined at USP Florence

ADMAX in Colorado, filed a document captioned as "Habeas Corpus and/or Civil Complaint."

In this pleading, he asks for release on the ground that the Judicial Council, Judicial Conference

Committee, and the United States Department of Justice have deprived him of his statutory and

Constitutional rights.

The Court will dismiss this action. Whether construed as a petition for a writ of habeas

corpus or a non-habeas civil action, Young's pleading does not set forth any plausible basis for

relief. Further, the Court lacks habeas jurisdiction over the matter because Young is not

confined in the District of Massachusetts. See Rumsfeld v. Padilla, 542 U.S. 426, 442-43 (2004).

Transferring this action to the District of Colorado is not in the interest of justice, see 28 U.S.C.

§ 1631, as Young has apparently filed in the District of Massachusetts to evade filing restrictions

placed upon him by the Federal District Court for the District of Colorado, see Young v. United

States, C.A. No. 14-00073-LTB, ECF No. 24 (D. Colo. Apr. 22, 2014) (requiring Young to seek

permission prior to filing any civil action).

Accordingly, this action is DISMISSED.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE